## WRIGHT v. CHAMBLISS et al.

THE judgment rendered in this case, which was brought up from the District Court of Carroll, merely affirmed the principle established by the decision in *Cammack* v. *Watson*, ante p. 132. *Browder* and *O. N. Ogden*, for the appellant. *J. N. T. Richardson*, for the defendant.